United States Bankruptcy Court
District of Colorado

In re:  
Ryan Anthoney Taylor  
Michelle Nicole Taylor  
     Debtors

Case No. 13-19957-HRT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: griffina      Page 1 of 1      Date Rcvd: Jul 09, 2015  
                       Form ID: pdf904    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2015.
```
intp           +Dilks and Knopik, LLC,    35308 SE Center Street,    Snoqualmie, WA 98065-9216
intp           +Navient Solutions, Inc. (ecl),   c/o Kimberly L. Peace,    11100 USA Parkway,
                 Fishers, IN 46037-9203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2015 at the address(es) listed below:
```
         Peter A. Milwid    on behalf of Debtor Ryan Anthoney Taylor peter@milehighbankruptcy.com,
          leah@milehighbankruptcy.com
         Peter A. Milwid    on behalf of Debtor Michelle Nicole Taylor peter@milehighbankruptcy.com,
          leah@milehighbankruptcy.com
         US Trustee, 7    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Ryan Anthoney Taylor &<br>Michelle Nicole Taylor<br><br>                    **Debtor(s).** | Case No. 13-19957-HRT<br><br>Chapter 7 |

**Request for Claims
Deposited into the U. S. Treasury Registry Account**

<u>**THE BURDEN OF PROOF LIES WITH THE CLAIMANT/REQUESTOR
AND MUST BE SUBMITTED BY WRITTEN REQUEST**</u>

_____   The Court requires that you supply evidence that you have, indeed, located the correct creditor(s) of the funds deposited into the registry of the court. The following must be submitted:

_____   Your request for unclaimed/undistributed funds deposited into the registry of the court will not be filed because:

✓   Your request for unclaimed/undistributed funds deposited into the registry of the court is deficient. Please submit the following:

    -Documentation establishing Kimberly L. Peace has authority to act on behalf of Navient Solutions, Inc. (e.g. notarized statement of authority by officer).

All requests are subject to final approval by the U. S. Bankruptcy Judge.

Falsification of a request is illegal and subject to fines, penalties, sanctions, and/or imprisonment pursuant to Title 18, United States Code.

Dated 7/2/2015

FOR THE COURT:
Kenneth Gardner, Clerk

By: /s/Andy Griffin
Operations Support Assistant
Cob_UnclaimedFunds@cob.uscourts.gov